Robert C. Hilliard (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
E-mail: bobh@hilliard-law.com

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: annej@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADRIAN HOLLEY, *et al.*, | No. 4:18-cv-06972-JST |
|---|---|
| Plaintiff, | Hon. Jon S. Tigar |
| v. | **DECLARATION OF ANTHONY S. GODFREY IN SUPPORT OF THE FIRMS' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LISTED ON EXHIBIT A** |
| GILEAD SCIENCES, INC., | |
| Defendant. | |
| *This Document Relates to certain plaintiffs, listed on Exhibit A, and originally filed in the following cases:* | |
| *Danner, et al. v. Gilead Sciences, Inc.,* 4:23-cv-01517-JST; | |
| *Davillier et al. v. Gilead Sciences, Inc.*, 4:20-cv-00570-JST; | |
| *Dowdy et al. v. Gilead Sciences, Inc.*, 4:19-cv-00481-JST; | |
| *Falls, et al. v. Gilead Sciences, Inc.*, 4:21-cv-05387-JST; | |

*Goldfinger et al. v. Gilead Sciences, Inc.* 4:20-cv-04043;

*Holley et al. v. Gilead Sciences, Inc.*, 4:18-cv-06972-JST;

*Kachelmyer, et al v. Gilead Sciences, Inc.*, 4:21-cv-00328-JST;

*Keefe, et al. v. Gilead Sciences, Inc.*, 4:22-cv-01370-JST;

*Lassiter, et al. v. Gilead Sciences, Inc.*, 4:22-cv-06635-JST;

*Lee, et al. v. Gilead Sciences, Inc.*, 4:22-cv-02353-JST;

*Lyons, et al. v. Gilead Sciences, Inc.*, 4:19-cv-02538-JST;

*Mosely et al. v. Gilead Sciences, Inc.*, 4:19-cv-05816-JST;

*Nicholson, et al. v Gilead Sciences, Inc.*, 4:20-cv-08751-JST;

*Pennington et al. v. Gilead Sciences, Inc.*, 4:20-cv-03489-JST;

*Rivers et al. v. Gilead Sciences, Inc.*, 4:19-cv-07991-JST;

*Sutton, A., et al. v. Gilead Sciences, Inc.*, 4:23-cv-00701-JST;

*Young, A., et al. v. Gilead Sciences, Inc.,* 4:21-cv-10006-JST.

I, Anthony Godfrey, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate at the law firm of Hilliard Law. Hilliard Law and Hagens Berman Sobol Shapiro LLP (collectively, "Firms") jointly represent the Plaintiffs in the above-captioned litigation.

2. I have personal knowledge of the facts and circumstances described below, and I submit this declaration in support of the Firms' Motion to Withdraw as Counsel for Plaintiffs Listed On Exhibit A.

3. Each of the Plaintiffs listed on Exhibit A has presented a circumstance covered by Rule 1.16(b)(4) of the California Rules of Professional Conduct, to the point where the Firms' withdrawal has, in the opinion of the Firms, become necessary.

4. Under California Rules of Professional Conduct 1.16(d), the Firms have taken all reasonably available steps to avoid prejudice to the rights of the clients set forth on Exhibit A.

    a. Each Plaintiff listed on Exhibit A was provided at least 30 days' notice of the Firms' intent to withdraw, via U.S. Mail ("Withdrawal Letter").

    b. The Withdrawal letter also offered Plaintiffs the options to voluntarily dismiss their case or to seek alternative representation.

    c. To date, the Plaintiffs listed on Exhibit A have not agreed to voluntarily dismiss their claims, and have not informed the Firms that alternative counsel has been retained.

    d. Prior to receiving a Withdrawal Letter, each plaintiff listed on Exhibit A received numerous letters, emails, text messages, and/or telephone calls or attempted calls regarding the withdrawal, the reason underlying the withdrawal, requests that the Plaintiff contact the Firms, and/or notices that their cases may be at risk of dismissal.

Declaration of Anthony S. Godfrey in Support of the Firms' Motion to Withdraw as Counsel for Plaintiffs Listed on Exhibit A

Case No. 4:18-cv-06972-JST

5. The Firms' withdrawal from representing these Plaintiffs will not have any impact on the timing or schedule of this litigation, and the Firms believe will have no adverse impact on Plaintiffs' interests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Executed on March 21, 2024, in Dallas, Texas.


Dated: March 21, 2024                    By: /s/ *Anthony S. Godfrey*
                                                Anthony S. Godfrey

---

DECLARATION OF ANTHONY S. GODFREY IN SUPPORT OF THE FIRMS' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LISTED ON EXHIBIT A

Case No. 4:18-cv-06972-JST

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action. I also certify that a copy of this document was sent by U.S. Mail, and email where possible, to the individuals listed on Exhibit A.

By: /s/ *Robert C. Hilliard*
    Robert C. Hilliard

Case 4:18-cv-06972-JST Document 158-3 Filed 03/21/24 Page 5 of 5

Declaration of Anthony S. Godfrey in Support of the Firms' Motion to Withdraw as Counsel for Plaintiffs Listed on Exhibit A
Case No. 4:18-cv-06972-JST