Robert C. Hilliard (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
E-mail: bobh@hilliard-law.com

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: annej@hbsslaw.com

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> GILEAD SCIENCES, INC., <br><br> Defendant. <br><br> *This Document Relates to certain plaintiffs, listed on Exhibit A, and originally filed in the following cases:* <br><br> *Calkins et al. v. Gilead Sciences, Inc.*, 4:20-cv-01884-JST; <br><br> *Clark et al. v. Gilead Sciences, Inc.*, 4:21-cv-00713-JST ; <br><br> *Cox, J. et al v. Gilead Sciences, Inc* . 4:21-cv-06807-JST; | No. 4:18-cv-06972-JST <br><br> Hon. Jon S. Tigar <br><br> **NOTICE OF MOTION TO WITHDRAW AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LISTED ON EXHIBIT A** <br><br> Assigned to: Hon. Jon S. Tigar <br> Hearing Date: July 18, 2024 <br> Hearing Time: 2:00 p.m. <br> Location: Courtroom 6 <br> (by videoconference) |

| | |
|---|---|
| 1 | *Davillier et al. v. Gilead Sciences, Inc.*, 4:20-cv-00570-JST; |
| 2 | |
| 3 | *Dowdy et al. v. Gilead Sciences, Inc.*, 4:19-cv-00481-JST; |
| 4 | *Falls, et al. v. Gilead Sciences, Inc.*, 4:21-cv-05387-JST; |
| 5 | |
| 6 | *Gavaldon, A et al v. Gilead Sciences, Inc.*, 4:21-cv-00112-JST; |
| 7 | |
| 8 | *Goldfinger et al. v. Gilead Sciences, Inc.*, 4:20-cv-04043-JST; |
| 9 | |
| 10 | *Harlan, et al. v. Gilead Sciences, Inc.*, 4:22-cv-03156-JST; |
| 11 | *Holley et al. v. Gilead Sciences, Inc.*, 4:18-cv-06972-JST; |
| 12 | |
| 13 | *Hooper et al. v. Gilead Sciences, Inc.*, 4:21-cv-04283-JST; |
| 14 | |
| 15 | *Jaime, et al. v. Gilead Sciences, Inc.*, 4:21-cv-05112-JST; |
| 16 | *Johnson, C. et al. v. Gilead Sciences, Inc.*, 4:21-cv-01931-JST; |
| 17 | |
| 18 | *Kachelmyer, et al v. Gilead Sciences, Inc.*, 4:21-cv-00328-JST; |
| 19 | |
| 20 | *Keefe, et al. v. Gilead Sciences, Inc.*, 4:22-cv-01370-JST; |
| 21 | |
| 22 | *Kelly, A., et al. v. Gilead Sciences, Inc.*, 4:22-cv-00688-JST; |
| 23 | *Lee, et al. v. Gilead Sciences, Inc.*, 4:22-cv-02353-JST; |
| 24 | |
| 25 | *Leon et al. v. Gilead Sciences, Inc.*, 4:20-cv-03744-JST; |
| 26 | *Lewis, et al v. Gilead Sciences, Inc.*, 4:21-cv-03218-JST; |
| 27 | |

*Lyons et al. v. Gilead Sciences, Inc.*, 4:19-cv-02538-JST;

*Miller, C. et al. v. Gilead Sciences, Inc*, 4:21-cv-06947-JST;

*Mosely et al. v. Gilead Sciences, Inc.*, 4:19-cv-05816-JST;

*Natividad, et al v. Gilead Sciences, Inc.*, 4:21-cv-01282-JST;

*Ortley et al. v. Gilead Sciences, Inc*, 4:21-cv-09576-JST;

*Pennington et al. v. Gilead Sciences, Inc.*; 4:20-cv-03489-JST;

*Rivers et al. v. Gilead Sciences, Inc.*, 4:19-cv-07991-JST;

*Seale et al. v. Gilead Sciences, Inc.*, 4:22-cv-01032-JST;

*Sutton, Anita, et al. v. Gilead Sciences, Inc.*, 4:23-cv-02607-JST;

*Tharpe et al v. Gilead Sciences, Inc.*, 4:20-cv-06033-JST;

*Walsh, Barbara, et al v Gilead Science, Inc.*, 4:21-cv-06184-JST;

*Youakim, et al v. Gilead Sciences, Inc.*, 4:21-cv-01054-JST; and

*Young, A., et al. v. Gilead Sciences, Inc.*, 4:21-cv-10006-JST.

| | |
|---|---|
| 1 | |
| 2 | |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that on Thursday, July 18, 2024 at 2:00 p.m., by videoconference, before the Honorable Jon S. Tigar, in Courtroom 6 of this Court, located at 1301 Clay Street, Oakland, CA 94612, Hilliard Law and Hagens Berman Sobol Shapiro LLP (collectively, the "Firms"), counsel of record for Plaintiffs listed on Exhibit A, move this Court for an order permitting their withdrawal as counsel for Plaintiffs listed on Exhibit A in this matter.

The motion is made pursuant to Local Rule 11-5(a) and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d). The motion is also based on this Notice, this Motion, the accompanying Memorandum in Support, and the Declaration of Anthony S. Godfrey, each of which are being filed contemporaneously with this Motion. A Proposed Order is attached as Exhibit B.

Date: May 2, 2024

Signed: */s/ Robert C. Hilliard*
Robert C. Hilliard (*pro hac vice*)
Anthony S. Godfrey (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hilliard-law.com
Email: agodfrey@hilliard-law.com

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: annej@hbsslaw.com

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL
## FOR PLAINTIFFS LISTED ON EXHIBIT A

Pursuant to Local Civil Rule 11-5(a), and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d), Hilliard Law and Hagens Berman Sobol Shapiro LLP (collectively, "Firms"), submit this Memorandum of Law in support of their Motion to Withdraw as Co-Counsel for Plaintiffs listed on Exhibit A. A Proposed Order Granting this Motion is attached as Exhibit B.

## STATEMENT OF FACTS

Plaintiffs are currently represented by the Firms in this matter. The Plaintiffs' claims are currently pending in the United States District Court for the Northern District of California as indicated on Exhibit A.

The Firms have advised Plaintiffs listed on Exhibit A, via U.S. Mail, that the Firms intend to withdraw from representation in this matter ("Withdrawal Letters"). *See* Anthony S. Godfrey Declaration at ¶ 4(a). As part of the Withdrawal Letters, the Firms offered to voluntarily dismiss these Plaintiffs' claims so that Plaintiffs could refile them elsewhere if they wished, but Plaintiffs did not elect to voluntarily dismiss their claims. *Id.* at ¶¶ 3, 4(b)-(c). The Firms also advised Plaintiffs to seek other representation if Plaintiffs did not voluntarily dismiss their claims, but based on the Firms' knowledge and belief, Plaintiffs have not hired alternative representation. *Id.* The Firms thus remain counsel of record for Plaintiffs listed on Exhibit A.

## ARGUMENT

The Firms should be permitted to withdraw as counsel for Plaintiffs listed on Exhibit A. An attorney may withdraw from a case after obtaining an order from the court after written notice has been given in advance to the client and all other parties appearing in the case. Civ. L.R. 11-5(a). Attorneys practicing before the Court are required to adhere to the California Rules of Professional Conduct. Civ. L.R. 11-4(a)(1). "A lawyer shall not terminate a representation until the lawyer has taken reasonable

Notice of Motion to Withdraw and Motion to Withdraw as Counsel
for Plaintiffs Listed on Exhibit A
Case No. 4:18-cv-06972-JST

steps to avoid reasonably foreseeable prejudice to the rights of the client." Cal. Rules Prof. Conduct 1.16(d)(1). Plaintiffs will not suffer any foreseeable prejudice if the Firms withdraw. *See* Godfrey Dec. at ¶ 5.

Each of the Plaintiffs identified on Exhibit A has presented a circumstance covered by California Rules of Professional Conduct 1.16(b)(4), to the point where the Firms' withdrawal has become necessary. All of the Plaintiffs listed on Exhibit A have a) failed to communicate with the Firms and have rendered it unreasonably difficult for the Firms to represent them; and/or b) failed to cooperate with the Firms to provide required information to support the litigation, thus falling within the express terms of Rule 1.16 of the California Rules of Professional Conduct regarding permissive withdrawal.[1]

In compliance with Rule 1.16(d) of the California Rules of Professional Conduct, the Firms have taken steps to avoid reasonably foreseeable prejudice to the rights of the Plaintiffs listed on Exhibit A. *See* Godfrey Dec. at ¶ 4. Each Plaintiff listed on Exhibit A has been provided at least 30 days' notice of the Firms' intent to withdraw. *Id*. at ¶ 4(a). In the Withdrawal Letter, the Firms recommended that all Plaintiffs on Exhibit A either seek alternative representation or allow the Firms to voluntarily dismiss Plaintiffs' claims, but Plaintiffs have to date taken neither recommended action. *Id*. ¶ 4(b)-(c).

Because this motion is not accompanied by a substitution of counsel or an agreement by Plaintiffs to proceed *pro se*, the Firms further agree to the condition imposed by Local Rule 11-5(b) to serve Plaintiffs with all papers in this matter, unless or until Plaintiffs appear *pro se*, other counsel appears on Plaintiffs' behalf, or upon further order of the Court.

---

[1] Exhibit A provides the Rule(s) applicable to each Plaintiff.

Notice of Motion to Withdraw and Motion to Withdraw as Counsel
for Plaintiffs Listed on Exhibit A
Case No. 4:18-cv-06972-JST

## CONCLUSION

The Firms respectfully request that the Court enter an order terminating their representation of Plaintiffs listed on Exhibit A and allowing the identified Plaintiffs 30 days to retain new counsel.

Date: May 2, 2024

Signed: /s/ Robert C. Hilliard
Robert C. Hilliard (*pro hac vice*)
Anthony S. Godfrey (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hilliard-law.com
Email: agodfrey@hilliard-law.com

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: annej@hbsslaw.com

Benjamin L. Crump (*pro hac vice*)
BEN CRUMP LAW, PLLC
122 S. Calhoun Street
Tallahassee, Florida 32301
Tel: (850) 224-2020
Fax: (850) 224-2021
Email: ben@bencrump.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2024, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action. I also certify that a copy of this document was sent by U.S. Mail to the individuals listed on Exhibit A.

By: /s/ *Robert C. Hilliard*
Robert C. Hilliard